SCWC-13-0000063

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I
Respondent/Plaintiff-Appellee,

vs.

ANTHONY COSTANTE,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000063; CR. NO. 11-1-1000)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on November 21, 2014, is hereby rejected.

DATED:  Honolulu, Hawai'i, December 30, 2014.

Shawn A. Luiz                    /s/ Mark E. Recktenwald
for petitioner
                                 /s/ Paula A. Nakayama

                                 /s/ Sabrina S. McKenna

                                 /s/ Richard W. Pollack

                                 /s/ Michael D. Wilson

